# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 18, 2008

136912

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JAMES STEPHAN PINSON,
        Defendant-Appellant.

SC: 136912
COA: 283793
Saginaw CC: 03-022986-FC

_____/

On order of the Court, the application for leave to appeal the April 9, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 18, 2008

Clerk

s1211